AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

LYLE FERDINAND HUMPHREY,

        Petitioner,

        v.

STEVE SINCLAIR,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-321-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment is entered in favor of Repondent pursuant to the Order Denying Petition entered on February 22, 2010, Ct Rec 31.

February 22, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas